IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) C.A. No. 22-cv-01499-RGA |
| KATHY JENNINGS, Attorney General of the State of Delaware, | ) ) ) |
| Defendants. | ) |

**STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATES**

WHEREAS, on November 16, 2022, Plaintiff filed its Complaint (D.I. 1) and Motion for Preliminary Injunction (D.I. 3);

WHEREAS, on November 29, 2022, Plaintiff effected service of process (D.I. 11); and

WHEREAS, the parties are in the process of negotiating a schedule, for the Court's approval, governing Defendant's responses to the Complaint and Motion for Preliminary Injunction;

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1.      The deadlines for Defendant to respond to the Complaint and the Motion for Preliminary Injunction are held in abeyance pending entry of a scheduling order governing the proceedings and applicable deadlines.

IT IS SO ORDERED this __8th__ day of __December__ 202_2_.

/s/ Richard G. Andrews
_____
UNITED STATES DISTRICT JUDGE

1

**LEWIS BRISBOIS BISGAARD &
SMITH LLP**

*/s/ Sean M. Brennecke*
Sean M. Brennecke (#4686)
500 Delaware Avenue, Suite 700
Wilmington, DE 19801
(302) 985-6000
Sean.Brennecke@LewisBrisbois.com

*Attorney for Plaintiff*


**OF COUNSEL**

Paul D. Clement
Erin E. Murphy
Matthew D. Rowen
Trevor W. Ezell
Nicholas M. Gallagher
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314

**STATE OF DELAWARE
DEPARTMENT OF JUSTICE**

*/s/ Kenneth L. Wan*
Kenneth L. Wan (#5667)
Zi-Xiang Shen (#6072)
Deputy Attorneys General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, DE  19801
(302) 577-8400
Kenneth.Wan@delaware.gov
Zi-Xiang.Shen@delaware.gov

*Attorneys for Defendant*

2