IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION,<br><br>　　Plaintiff,<br><br>　　v.<br><br>KATHY JENNINGS, Attorney General for the State of Delaware,<br><br>　　Defendant. | C.A. No. 22-cv-1499-RGA |

**UNOPPOSED MOTION TO APPEAR WITHOUT LOCAL COUNSEL**

Undersigned counsel, Philip Bangle, respectfully seeks permission, under D. Del. LR 83.5(f)(2), to appear on behalf of non-parties Brady, Everytown for Gun Safety, and Giffords Law Center to Prevent Gun Violence, who may be seeking to file a friend-of-the-Court brief in this case. Undersigned counsel has been admitted to the Bar of this Court since 2002, is active and in good standing, but does not maintain an office in the District. Undersigned counsel is requesting to appear without association with local Delaware counsel under D. Del. LR 83.5(f)(2).

Undersigned counsel has discussed this motion with all parties. It will not be opposed.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　**BRADY**

　　　　　　　　　　　　　　　　　　　<u>s// Philip Bangle</u>
　　　　　　　　　　　　　　　　　　　Philip Bangle (#4169)
　　　　　　　　　　　　　　　　　　　Senior Litigation Counsel
　　　　　　　　　840 First Street NE, Suite 400
　Washington, DC 20002
　(202) 370-8111
Dated: January 19, 2023　　　　　　　pbangle@bradyunited.org

**ORDER**

Philip Bangle may appear on behalf of non-parties Brady, Everytown for Gun Safety, and Giffords Law Center to Prevent Gun Violence to seek to file and file friend-of-the-Court briefs in this case without association with local Delaware counsel.

IT IS SO ORDERED, this  20  day of   January        , 2023.

                                                   /s/ Richard G. Andrews
                                          United States District Judge