IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) C.A. No. 22-cv-01499-RGA<br>) |
| KATHY JENNINGS, Attorney General of the State of Delaware, | )<br>)<br>) |
| Defendant. | )<br>) |

## MOTION TO DISMISS

Defendant Kathy Jennings, Attorney General of the State of Delaware, by and through undersigned counsel, hereby moves under Federal Rules of Civil Procedure 12(b)(6) for dismissal of the Complaint. The grounds for the motion are set forth in the accompanying Combined Opening Brief in Support of Defendant's Motion to Dismiss and in Opposition to Plaintiff's Motion for Preliminary Injunction.

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

*/s/ Zi-Xiang Shen*
Zi-Xiang Shen (#6072)
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Floor
Wilmington, Delaware 19801
(302) 577-8400
Zi-Xiang.Shen@delaware.gov

*Attorney for Defendant*

Date: January 20, 2023

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | C.A. No. 22-cv-01499-RGA |
| KATHY JENNINGS, Attorney General of the State of Delaware, | ) ) ) | |
| Defendant. | ) ) | |

**ORDER**

IT IS HEREBY ORDERED, this _____ day of _____, 202_, that:

1. Defendant's Motion to Dismiss, having been duly considered and Plaintiff having been given notice and an opportunity to respond, is GRANTED; and

2. The Complaint is dismissed with prejudice.

_____
The Honorable Richard G. Andrews