

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

February 10, 2023

<u>Via CM/ECF</u>
The Honorable Richard G. Andrews
United States District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

RE:   *National Shooting Sports Foundation v. Kathy Jennings*,
      C.A. No. 22-1499-RGA

Dear Judge Andrews,

As required by the Court's Order of December 13, 2022, I write on behalf of the parties to "request that the Court hear oral argument on [Plaintiff's Motion for a Preliminary Injunction and Defendant's Motion to Dismiss] by March 1, 2023, or as soon thereafter as the Court is available". *See* D.I. 16. The parties respectfully request that, if the Court is available, oral argument be scheduled during the last week of February 2023, or as soon thereafter as the Court is available.

By way of update, pursuant to the amended briefing stipulation being filed today, Defendant will be filing a reply in support of Defendant's Motion to Dismiss, on February 17, 2023.

The parties are available at the Court's convenience to address any questions or concerns Your Honor may have.

Sincerely,

*/s/ Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr.
Deputy Attorney General

4895-7747-0288.1

The Honorable Richard G. Andrews
RE: *NSSF v. Jennings*,
C.A. No. 22-1499-RGA
February 10, 2023
Page 2

CC: Sean M. Brennecke, Lead Counsel for NSSF
Erin E. Murphy, of Counsel for NSSF
Mathew D. Rowen, of Counsel for NSSF
Nicholas M. Gallagher, of Counsel for NSSF
Paul D. Clement, of Counsel for NSSF
Trevor W. Ezell, of Counsel for NSSF

4895-7747-0288.1