IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> KATHY JENNINGS, Attorney General of the State of Delaware, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) No. 22-cv-01499-RGA <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**[PROPOSED] ORDER GRANTING
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

The Court, having considered Plaintiff's Motion for Preliminary Injunction, and having found sufficient grounds favoring issuance of a preliminary injunction, IT IS HEREBY ORDERED, this _____ day of _____ 2023, that:

1. Plaintiff's Motion for Preliminary Injunction is hereby GRANTED;

2. Kathy Jennings, in her official capacity as Attorney General of Delaware, as well as the Attorney General's officers, agents, employees, attorneys, and all persons in active concert or participation with them who receive actual notice of the Order, is hereby enjoined from implementing or enforcing Delaware Senate Bill 302, codified at §3930 of title 10 of the Delaware Code ("SB 302"), against Plaintiff National Shooting Sports Foundation ("NSSF"), its members, or their agents and licensees (collectively, "NSSF and/or its members"), as follows:

**Preemption**

   a. The Attorney General is enjoined from commencing an action under SB 302 against NSSF and/or its members that fails to allege that:

      i. the conduct alleged to constitute a public nuisance in violation of §3930(d) is unlawful in itself, i.e., it violates a concrete legal duty imposed by a law other than SB 302;

      ii. that independent concrete legal duty was violated knowingly;

      iii. the harms for which redress is sought are not too remote from the defendant's knowing violation of that concrete legal duty to satisfy traditional proximate cause principles.

**Constitutional claims**

    a. The Attorney General is enjoined from enforcing SB 302 as applied to marketing of a firearm-related product by NSSF and/or its members.  (**First Amendment**)

    b. The Attorney General is enjoined from enforcing SB 302 as applied to the sale, manufacturing, importing, distributing, or marketing of a firearm-related product by NSSF and/or its members that takes place wholly outside of Delaware. (**Commerce Clause**)

    c. The Attorney General is enjoined from enforcing SB 302 against NSSF and/or its members.  (**Second Amendment**; **Vagueness**)

3. This Order shall remain in full force and effect until such time as this Court specifically orders otherwise.

                                            IT IS SO ORDERED.

Dated:                                                      _____
                                                              United States District Court Judge