

March 8, 2023

The Honorable Judge Richard G. Andrews
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801-3555

Re:  *National Shooting Sports Foundation v. Jennings*, No. 1:22-cv-01499-RGA

Judge Andrews:

At oral argument on February 28, 2023, on Plaintiff's motion for a preliminary injunction and Defendant's motion to dismiss in the above-captioned case, the Court requested that Plaintiff submit proposed injunction language for each claim asserted. Attached hereto is that proposed language.

Respectfully submitted,

s/Matthew D. Rowen
Matthew D. Rowen

Counsel for Plaintiff

706 Duke Street • Alexandria, VA 22314
202.742.8900 • www.clementmurphy.com