

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

March 10, 2023

**Via CM/ECF**
The Honorable Richard G. Andrews
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

RE: *NSSF v. Jennings*, C.A. No. 22-1499-RGA

Dear Judge Andrews,

At oral argument on February 28, 2023, on Plaintiff NSSF's motion for a preliminary injunction and Defendant Jennings' motion to dismiss in the above-captioned case, the Court requested that Defendant Jennings consider agreeing to stay enforcement of 10 *Del. C.* § 3930 ("Section 3930") while the Third Circuit Court of Appeals hears an expedited appeal of the District of New Jersey's decision in *NSSF v. Platkin*, 2023 WL 1380388 (D.N.J. Jan. 31, 2023). The court in that case preliminarily enjoined enforcement of a New Jersey statute that is substantially similar to Section 3930. *See id.* To ensure that manufacturers, distributors, sellers, importers, and marketers implement reasonable controls to prevent criminal and self-imposed gun violence, Defendant Jennings does not agree to a stay of enforcement of Section 3930.

I am available at the Court's convenience to address any questions or concerns this letter may raise.

Sincerely,

*/s/ Nicholas D. Picollelli, Jr.*
Nicholas D. Picollelli, Jr.
Deputy Attorney General