

**DEPARTMENT OF JUSTICE**
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

**KATHLEEN JENNINGS**
ATTORNEY GENERAL

CIVIL DIVISION (302) 577-8400
FAX: (302) 577-6630
CRIMINAL DIVISION (302) 577-8500
FAX: (302) 577-2496
FRAUD DIVISION (302) 577-8600
FAX: (302) 577-6499

August 25, 2023

**Via CM/ECF**
The Honorable Richard G. Andrews
United States District Court, District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Unit 9, Room 6325
Wilmington, DE 19801-3555

Re: *NSSF v. Jennings*, C.A. No. 22-1499-RGA

Dear Judge Andrews,

I write regarding Plaintiff NSSF's letter of August 25, 2023, in which NSSF contends that this case is not subject to dismissal under the Third Circuit Court of Appeals' August 17, 2023, precedential opinion in *NSSF v. Platkin*, No. 23-1214. Defendant respectfully requests the opportunity to file a response to the points raised in NSSF's letter.

I am available at the Court's convenience to address any questions or concerns.

Sincerely,

*/s/ Zi-Xiang Shen*

Zi-Xiang Shen
Deputy Attorney General

cc: Counsel of record (via CM/ECF)