# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NATIONAL SHOOTING SPORTS FOUNDATION, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:22-cv-01499-RGA ) ) |
| KATHY JENNINGS, ATTORNEY GENERAL OF THE STATE OF DELAWARE, | ) ) ) |
| Defendant. | ) ) |

**PLAINTIFF NATIONAL SHOOTING SPORTS FOUNDATION'S
STATEMENT PURSUANT TO LOCAL RULE 7.1.1**

Pursuant to United States District Court for the District of Delaware Local Rule 7.1.1, I, Sean M. Brennecke, counsel for plaintiff National Shooting Sports Foundation, hereby aver that on September 8, 2023, I had a telephone conversation with Zi-Xiang Shen, counsel for Defendant Kathy Jennings, Attorney General of the State of Delaware, regarding Plaintiff's Motion for Leave to File a Response to Defendant's Letter of September 1, 2023 (the "Motion").

During that conversation, Ms. Shen indicated that Defendant opposes the Motion.

129133302.1

|  |  |
|---|---|
| **OF COUNSEL**<br><br>PAUL D. CLEMENT*<br>ERIN E. MURPHY*<br>Matthew D. Rowen*<br>Nicholas M. Gallagher*<br>CLEMENT & MURPHY, PLLC<br>706 Duke Street<br>Alexandria, VA 22314<br>(202) 742-8900<br>(*admitted *pro hac vice*)<br><br>Dated: September 8, 2023 | LEWIS BRISBOIS<br>    BISGAARD & SMITH LLP<br><br>*/s/Sean M. Brennecke*<br>Sean M. Brennecke (No. 4686)<br>500 Delaware Ave., Suite 700<br>Wilmington, DE 19801<br>(302) 985-6009<br>Sean.Brennecke@LewisBrisbois.com<br>*Attorneys for Plaintiff* |