

Sean M. Brennecke
500 Delaware Avenue, Suite 700
Wilmington, Delaware 19801
Sean.Brennecke@lewisbrisbois.com
Direct: 302.985.6009

September 5, 2023

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of
Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801-355

      Re:    *National Shooting Sports Foundation v. Jennings,* C.A. No. 1:22-01499-RGA

Dear Judge Andrews:

      The Attorney General's letter of September 1, 2023, confirms that a justiciable controversy exists here. The Attorney General does not deny that her office intends to use SB 302 to sue licensed firearm manufacturers under a flood-the-market theory for supposedly contributing to a public nuisance just by making and selling more guns than the State believes is reasonable. Despite having repeatedly invoked that flood-the-market theory and the *Ileto v. Glock* case in which the Ninth Circuit notably held it preempted by the PLCAA, the Attorney General now relegates that theory and *Ileto* to a footnote—and even goes so far as to say that NSSF's member manufacturers can deal with it defensively when it is raised against them (which, of course, is the case in every pre-enforcement challenge). *See* Dkt.41 at 4 n.5. That is 180 degrees away from the record in the New Jersey case. In the Third Circuit, New Jersey conceded that the PLCAA "clos[ed] the door on" exactly this "sort of flood-the-market theory, that just because you produced a lot of this [product], … you should be the ones who have to pay for" "the[] bad things" that criminals do with those products. CA3 Oral Arg. at 21:49-22:45. In light of Attorney General Jennings' repeated invocation of a preempted theory based on nothing more than manufacturing and selling firearms, and given her pointed refusal to disavow it, NSSF plainly has standing to bring this suit.

      Respectfully,

      */s/ Sean M. Brennecke*
      Sean M. Brennecke (DE Bar No. 4686)

cc:    All counsel of record (via CM/ECF)

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • DELAWARE • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY • LOUISIANA
MARYLAND • MASSACHUSETTS • MINNESOTA • MISSISSIPPI • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK • NORTH CAROLINA
OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TENNESSEE • TEXAS • UTAH • VIRGINIA • WASHINGTON • WASHINGTON D.C. • WEST VIRGINIA
128911226.1